# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

137887

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEE CHARLES BRADFORD,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137887
COA: 288004
Hillsdale CC: 2001-259131-FH

      On order of the Court, the application for leave to appeal the October 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

s0720